UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JAMAL EIGNER,                                            JUDGMENT
                                                         13-CV- 3582 (CBA)
                       Plaintiff,

    -against-

DETECTIVE QUINN JAEGER,
DETECTIVE RICHARD ZACARESE, and
CITY OF NEW YORK,

                       Defendants.
----------------------------------------------------------X

       A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on March 30, 2016, granting summary judgment to Defendants' on Plaintiff's remaining § 1983 claims; and having dismissed all of Plaintiff's federal claims, the Court declines to exercise jurisdiction over his state law claims; it is

       ORDERED and ADJUDGED that summary judgment is granted to Defendants' on Plaintiff's remaining § 1983 claims; that the Court declines to exercise jurisdiction over Plaintiff's state law claims; and that those claims are dismissed without prejudice.

Dated: Brooklyn, New York                                     Douglas C. Palmer
       March 30, 2016                                           Clerk of Court

                                               by:    */s/ Janet Hamilton*
                                                          Deputy Clerk